UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

ANTHONY ZAWISTOWSKI

        Plaintiff,

v.

Civil Action No. 11-CV-175

LAW OFFICE OF E. HOPE GREENBERG and
SOUTH SHORE ADJUSTMENT CO, LLC

        Defendants.

---

## STIPULATION OF DISCONTINUANCE

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, the attorneys of record for all parties to the above entitled action, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and no person not a party has an interest in the subject matter of the action, the above entitled action be, and the same hereby is discontinued with prejudice.

DATED:

_____
Kimberly T. Irving, Esq.
Law Offices of Kenneth Hiller
*Attorneys for Plaintiff*
6000 North Bailey Avenue, Suite 1A
Amherst, New York 14226
Phone: (716) 564-3288

DATED:

_____
E. Hope Greenberg Esq.
Law Office of E. Hope Greenberg
*Attorneys for Defendants*
2650 Merrick Road
Suite 101
Bellmore, New York 11710
Phone: (516) 679-9804